66 A.3d 1267

IN THE MATTER OF DANIEL G. LARKINS, AN ATTORNEY
AT LAW (ATTORNEY NO. 037641983).

June 6, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–323, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **DANIEL G. LARKINS** of **HACKENSACK,** who was admitted to the bar of this State in 1983, should be censured for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) and (c) (failure to communicate with the client and to explain the matter to the extent reasonably necessary for the client to make informed decisions about the representation), *RPC* 1.16(a)(2) (failure to terminate the representation), *RPC* 1.16(d) (failure to turn over file to client on termination of representation), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **DANIEL G. LARKINS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.